UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMEN.,<br>Defendant. | Case No. 2:18-cv-00646-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 6), filed on March 1, 2019.

On January 24, 2019, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*. The Court, however, dismissed his Complaint without prejudice and allowed Plaintiff until February 22, 2019 to file an amended complaint correcting noted deficiencies. *See* ECF No. 4. Plaintiff requests a thirty (30) day extension to file an amended complaint. The Court finds good cause to grant the requested extension. Plaintiff shall file his amended complaint no later than **March 30, 2019**. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 6) is **granted**. Plaintiff shall file his amended complaint no later than **March 30, 2019**.

Dated this 4th day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE