UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>　　　　　　　Plaintiff,<br>v.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMEN.,<br>　　　　　　　Defendant. | Case No. 2:18-cv-00646-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 13), filed on May 15, 2019. Plaintiff requests an extension until June 17, 2019 to file his amended complaint. The Court finds good cause to grant the requested extension. Plaintiff shall file his amended complaint no later than **June 17, 2019**. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 13) is **granted**.

Dated this 20th day of May, 2019.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE