UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 2:18-cv-00646-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to View C.D. (ECF No. 43). Through his Motion, Plaintiff seeks a court order requiring the law library at Southern Desert Correctional Center to provide him access and an opportunity to view a CD Rom received from opposing counsel, Kaempfer Crowell. *Id.* Plaintiff states the law library must have an order from the Court before access will be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to View C.D. (ECF No. 43) is GRANTED.

IT IS FURTHER ORDERED that the Southern Desert Correctional Center law library provide Plaintiff access to and an opportunity to view the contents of the CD Rom sent to him by opposing counsel, Kaempfer Crowell.

DATED this 7th day of October, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1