UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 2:18-cv-00646-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for documents. ECF No. 48. Through his Motion, Plaintiff seeks copies of the Court's Minute Orders dated November 11 and 18, 2021. *Id.* Plaintiff states "NDOC deliberately withheld [his] mail for ten (10) days whereas [he] was never informed of the court[']s orders." *Id.*

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for documents (ECF No. 48) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall mail to Plaintiff the Court's Minute Orders entered on the docket as ECF Nos. 45, 47.

IT IS FURTHER ORDERED that the Nevada Department of Corrections shall ensure Plaintiff receives his mail promptly such that he is not prejudiced in his ability to participate in the prosecution of this action.

DATED this 30th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1