UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 2:18-cv-00646-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Request of Filings (ECF No. 69). Through his Motion, Plaintiff requests a copy of the original Complaint (ECF No. 1-1) in this case along with a copy of the Second Amended Complaint (ECF No. 22). Under Local Rule 10-1, a "*pro se* party who wishes to receive a file-stamped copy of any pleading or other paper must submit one additional copy and, if by mail, a self-addressed, postage-paid envelope. A party who is granted leave to proceed in forma pauperis need not submit a self-addressed, postage-paid envelope." LR 10-1. Plaintiff is advised that if he wishes the Court to return a copy of his filings in the future, he must submit two copies in accordance with the Local Rule.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Request of Filings (ECF No. 69) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall send one copy of Plaintiff's Complaint (ECF No. 1-1) and Second Amended Complaint (ECF No. 22) to Plaintiff.

IT IS FURTHER ORDERED that Plaintiff shall not be entitled to copies of any other document filed with the Court. If Plaintiff wishes to receive copies of his filings, he must submit an additional copy of each document when filing.

DATED this 17th day of March, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE