UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No.: 2:18-cv-00646-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Enlargement of Time, brought pursuant to FRCP 6(b) and 26(b). ECF No. 90. No response to Plaintiff's Motion was filed.

Plaintiff states that he was placed in administrative segregation, which prevents his meaningful participation in legal proceedings. *Id*. Plaintiff avers he has extremely limited access to the law library, which interferes with filing motions or timely responses to motions filed by Defendant. *Id*. Plaintiff asks the Court for a "Postponement of Civil Proceedings." *Id.* This request appears to duplicate Plaintiff's pending Motion to Stay Proceedings filed on May 13, 2022, to which Defendant responded on May 27, 2022. ECF Nos. 86, 89. Apparently, Plaintiff has not received ECF No. 89 and seeks a copy of the same along with a copy of his Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Enlargement of Time, ECF No. 90, is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Motion seeking to postpone proceedings, which duplicates ECF No. 86, is DENIED solely on that basis. The issues raised, and whether to stay proceedings, as argued in ECF No. 86, remain pending before the Court.

IT IS FURTHER ORDERED that the Clerk of Court shall mail to Plaintiff a copy of Plaintiff's Motion to Stay Case (ECF No. 86), Defendant's Response to the same (ECF No. 89), a copy of the instant Motion for Enlargement of Time (ECF No. 90), and a copy of this Order.

IT IS FURTHER ORDERED that Counsel for Defendant shall assist in ensuring Plaintiff receives copies of the above documents by contacting the facility at which Plaintiff is housed and filing a notice with the Court confirming that SDCC properly delivered the documents—Plaintiff's legal mail—to him.  Counsel shall file such notice no later than **July 5, 2022**.

DATED this 22nd day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE