UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendants. | Case No. 2:18-cv-00646-RFB-EJY<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE ROBERT L. MITCHELL, #1209011** |

TO: GABRIELA NAJERA, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **RICHARD L. MITCHELL, #1209011**, is presently in custody of the Southern Desert Correctional Center, Indian Springs, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce **RICHARD L. MITCHELL, #1209011**, on or about Thursday, March 23, 2023, at the hour of 10:30 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **RICHARD L. MITCHELL, #1209011** is released and discharged by the said Court; and that **RICHARD L. MITCHELL, #1209011**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 28th day of February, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**