UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD L. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:18-cv-00646-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Notice of Not Receiving ECF Documents (ECF No. 172). Plaintiff explains that he is not getting documents filed in the Court's electronic filing system because the law library at Three Lakes Valley Conservation Camp does not receive these filings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Notice of Not Receiving ECF Documents (ECF No. 172) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must mail copies of ECF Nos. 165, 168, and 171 to Plaintiff at his current address.

IT IS FURTHER ORDERED that going forward Defendants must serve Plaintiff with all documents they file by mailing the same to Plaintiff at his current address.

IT IS FURTHER ORDERED that the Clerk of Court, going forward, must mail copies of all Orders entered by the Court to Plaintiff by mailing the same to him at his current address.

DATED this 15th day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1